1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
    A PROFESSIONAL LAW CORP.
3 | 1055 Lincoln Avenue
4 | Post Office Box 5025
    San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
    Facsimile:  (408) 295-7444
6 |
7 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURIE T. PAUER, | Case No: 5:15-cv-05081-BLF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second extension of time of (6) days up through and including Monday, April 11, 2016 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before May 11, 2016. This extension is necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

|   |   |
|---|---|
|   | BRIAN J. STRETCH<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| Dated: April 4, 2016 | /s/Jennifer Lee Tarn<br>JENNIFER LEE TARN<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: April 4, 2016 | /s/Harvey P. Sackett<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>LAURIE T. PAUER |

IT IS SO ORDERED.

Dated: 

BETH LABSON FREEMAN
United States District Judge

2