HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURIE PAUER, | ) | |
| | ) | Case No. 5:15-cv-05081-BLF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT STIPULATION TO AWARD |
| CAROLYN W. COLVIN, | ) | PLAINTIFF ATTORNEY FEES |
| Acting Commissioner of | ) | UNDER THE EQUAL ACCESS |
| Social Security, | ) | TO JUSTICE ACT AND ~~PROPOSED~~ |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On June 2, 2016 this Court issued an order reversing the final decision of the Defendant, Carolyn W. Colvin, the Acting Commissioner of Social Security (Commissioner), with a remand for a rehearing. Judgment for Plaintiff was entered on that same date.

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FIVE THOUSAND, SIX HUNDRED DOLLARS ($5,600.00) in attorney fees and FOUR HUNDRED ($400.00) in costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), are reasonable in this case. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

1

JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND PROPOSED ORDER

1 connection with this action. Further, such award shall not be used as precedent in any future

2 cases, nor be construed as a concession by the Commissioner that the original administrative

3 decision denying benefits to Plaintiff was not substantially justified.

4       Under Astrue v. Ratliff, 560 U.S. 586 (2010), EAJA fees awarded by this Court belong to

5 the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. §

6 3716(c)(3)(B) (2006)). This Court should therefore order the EAJA fees to be paid to Plaintiff.

7 The Commissioner recognizes that Plaintiff assigned his right to EAJA fees to her attorney. If,

8 after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does

9 not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to

10 waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to

11 Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the

12 Commissioner does not waive the requirements of the Anti-Assignment Act, and the remaining

13 EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's

14 attorney.

15       Accordingly, Defendant agrees to pay Plaintiff $5,600.00 in attorney's fees and $400.00

16 in costs.

17       All parties whose signature lines appear in this document have consented to its filing.

18 Dated: August 1, 2016           By:     *s/ Harvey P. Sackett*

19                                         HARVEY P. SACKETT
                                        Attorney for Plaintiff

20                                         LAURIE PAUER

21                                         BRIAN STRETCH

22                                         United States Attorney
                                        DEBORAH L. STACHEL

23                                         Acting Regional Chief Counsel, region IX
                                        Social Security Administration

24

25 Dated: August 1, 2016           By:     *s/ Jennifer Tarn*
                                          JENNIFER TARN

26                                         Special Assistant United States Attorney
                                        (as authorized via e-mail 7/1/16)

27                                         Attorneys for Defendant

28

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

2

JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT
AND PROPOSED ORDER

1    IT IS SO ORDERED.

2    Dated:   Œ*˘•ʾÁĜ̂ÂĜF̂Î                 _Beth Labson Freeman_
                                               HON. BETH LABSON FREEMAN
3                                              United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

                                          3
JOINT STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT
AND PROPOSED ORDER